**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7273**

LORENZO RICHARDSON,

        Plaintiff - Appellant,

    v.

WAKE COUNTY SHERIFF'S OFFICE; WAKE COUNTY JUSTICE CENTER,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:15-ct-03136-BO)

Submitted:  December 17, 2015     Decided:  December 22, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Lorenzo Dominic Richardson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Richardson seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) action for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Richardson v. Wake Cty. Sheriff's Office, No. 5:15-ct-03136-BO (E.D.N.C. July 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED